**DISMISS and Opinion Filed March 18, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01246-CV

**R2GO TRANSPORT LLC A/K/A READY 2 GO TRANSPORT LLC,**
**Appellant**
**V.**
**XELLEX CORP., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 0C-18-16746**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

By order dated December 23, 2019, we granted appellant's attorney's motion

to withdraw as counsel. In that order, we notified appellant that as a business entity

it must be represented by counsel and ordered appellant to provide the Court with

the name, bar number, and contact information for new counsel within thirty days.

We expressly cautioned appellant that failure to do so might result in the dismissal

of this appeal without further notice.

To date, appellant has not provided the required information. Accordingly,

we dismiss this appeal. See TEX. R. APP. P. 42.3(c) (appellate court may dismiss

appeal for failure to comply with court's order); *Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.*, 937 S.W. 2d 455, 456 (Tex. 1996) (Except for performance of ministerial tasks, corporations may appear and be represented only by a licensed attorney.).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191246F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

R2GO TRANSPORT LLC A/K/A
READY 2 GO TRANSPORT LLC,
Appellant

No. 05-19-01246-CV     V.

XELLEX CORP., Appellee

On Appeal from the 101st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. 0C-18-16746.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Nowell
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee XELLEX CORP. recover its costs of this
appeal from appellant R2GO TRANSPORT LLC A/K/A READY 2 GO
TRANSPORT LLC.

Judgment entered March 18, 2020